No. 10-9609. Calvin Lee Weems, Petitioner v. Florida.

563 U.S. 1011, 131 S. Ct. 2907, 179 L. Ed. 2d 1252, 2011 U.S. LEXIS 3929.

May 23, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 49 So. 3d 1267.

No. 10-9610. Shawn Howard Weller, Petitioner v. Mike Mahoney, Warden, et al.

563 U.S. 1011, 131 S. Ct. 2907, 179 L. Ed. 2d 1252, 2011 U.S. LEXIS 3897.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-9612. America E. Nelson, Petitioner v. Alphonse Lewis, Jr., et al.

563 U.S. 1011, 131 S. Ct. 2907, 179 L. Ed. 2d 1252, 2011 U.S. LEXIS 3943, ▮

May 23, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

No. 10-9623. Lawrence L. Blankenship, Petitioner v. John Simon, Judge, County Court of Florida, Escambia County, et al.

563 U.S. 1011, 131 S. Ct. 2907, 179 L. Ed. 2d 1252, 2011 U.S. LEXIS 3873, ▮

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-9630. Jessie Milton, Petitioner v. T. Richards.

563 U.S. 1011, 131 S. Ct. 2908, 179 L. Ed. 2d 1252, 2011 U.S. LEXIS 3940.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-9633. Damen Miller, Petitioner v. Illinois.

563 U.S. 1011, 131 S. Ct. 2908, 179 L. Ed. 2d 1252, 2011 U.S. LEXIS 3912.

May 23, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 403 Ill. App. 3d 1104, 373 Ill. Dec. 149, 993 N.E.2d 149.

No. 10-9639. William Smithson, Petitioner v. Pennsylvania.

563 U.S. 1011, 131 S. Ct. 2908, 179 L. Ed. 2d 1252, 2011 U.S. LEXIS 3999.

May 23, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 990 A.2d 54.

No. 10-9641. Gregory Downs, Petitioner v. California.

563 U.S. 1011, 131 S. Ct. 2909, 179 L. Ed. 2d 1252, 2011 U.S. LEXIS 3855.

May 23, 2011. Petition for writ of certiorari to the Supreme Court of California denied.